ORLANDO ALLEN, Respondent, *v.* ANDREW V. STOUT, Appellant.

(Argued January 13, 1873; decided March term, 1873.)

THIS was an action to recover damages alleged to have been sustained by plaintiff in consequence of fraudulent representations made by defendant in regard to the financial condition and solvency of the Starr Arms Company. Plaintiff alleged in substance that defendant represented the company sound and its bonds as good as government securities, and in consequence of such representations he was induced to and did accept $35,000 of the bonds of said company in lieu of that amount of cash due him upon a contract. Evidence was given by defendant upon the trial that the company had on hand between $400,000 and $500,000 worth of arms manufactured for the government, which the government refused to receive or to allow the company to sell elsewhere, and in consequence the ruin of the company followed. After this evidence was given, defendant's counsel asked the treasurer of the company, a witness on behalf of the defendant, this question: "Now, please state if you had been permitted to sell these arms, in what condition would it have placed you?" This was objected to, and objection sustained. *Held,* no error; that it called for an opinion upon a state of facts equally apparent to the jury as to the witness.

Various requests were made of the court to charge, which the court refused, "except as already charged." *Held,* that although the requests were in the main correct, and it might have been more satisfactory if the court had charged in the

language of counsel, yet inasmuch as the jury had been substantially charged as requested, there was no error of which defendant could complain.

*James C. Cochrane* and *Amasa J. Parker* for the appellant.

*John Ganson* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur; LOTT, Ch. C., not sitting.
Judgment affirmed.